UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------------x

ANTWANE CARLISLE,

        Plaintiff,                               **UNSEALING ORDER**

     - against -                           Case 7:24-cv-09790-CS

P.O. RAMOS, et. al.,

        Defendants

--------------------------------------------------------------------------x

**WHEREAS,** the instant action was brought by Plaintiff, Antwane Carlisle ("Plaintiff"), in relation to the events of on or about July 2, 2024, which led to charges being brought against him in the criminal proceeding titled *People v. Antwane Carlisle* (Docket No. CR-02818-24); (New Rochelle City Court); and

**UPON** an application by Plaintiff to obtain files maintained and/or possessed by the Westchester County District Attorney's Office ("WCDAO") relating to *People v. Antwane Carlisle* (Docket No. CR-02818-24); and

**UPON** the instant application by defendant, County of Westchester (the "County") seeking an order pursuant to Criminal Procedure Law § 160.50 (1) — unsealing the record in to *People v. Antwane Carlisle* (Docket No. CR-02818-24) so that the WCDAO's files related to such may be disclosed to Plaintiff; and therefore, it is:

**ORDERED** that the entire record in *People v. Antwane Carlisle* (Docket No. CR-02818-24), including the "official records and papers" on file with the Westchester County District Attorney's Office is hereby unsealed for the limited purpose of allowing the County to obtain, review, and submit a copy of said record to Plaintiff in connection with the above-captioned proceedings.

The foregoing shall constitute the Decision and Order of the Court.

Dated: White Plains, New York
May 30, 2025

*Cathy Seibel*
_____
Honorable Cathy Seibel
United States District Judge
Southern District of New York
The Hon. Charles L. Brient Jr. Federal Building and
United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

2