UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Antwane Carlisle, Plaintiff,    Affidavit in Support

—against—

Ramiz, et, al.,

                          Defendants.

7:24-CV-09790(CS)

Plaintiff's motion to compel discovery is denied. As explained in my order dated November 20, 2025, (ECF No. 49), Plaintiff is not entitled to discovery yet. He must first assert plausible claims. Plaintiff is reminded that his Amended Complaint is due December 31, 2025. The Clerk of Court is respectfully directed to terminate ECF #50. SO ORDERED.

12/9/25

*Cathy Seibel*
CATHY SEIBEL, U.S.D.J.

State Of New York
County of Westchester

Antwane Carlisle, being duly sworn, deposes & says:

1) I am the above Name Plaintiff in the above Captioned proceeding

2) I make this Affidavit in support of Motion to Compel to Comply with Discovery Demand of Defendants Westchester County & NY State,

3) On or about April/May 2025 I served upon each defendant 2 Set of Interrogatories w/ Discovery Demand for Production of Documents. I initially received a response from defendants Westchester County & NY State forwarding to me documents relating to my arrest & Criminal charges filed against me by defendant Ramos. I did not receive anything else from them. I also asked them to produce Copy of plaintiffs admission Video at the sallyport area of the Westchester County Jail where plaintiff was threatened several times by defendant Elvis Ramos of NYS DOCCS. Defendant "County" acknowledged during a telephone Conference that they did have such Video in their custody & Control.

4) Both Defendants "State" & "County" have submitted letter applications for dismissal. This has given them unfair advantages depriving Plaintiff of the opportunity to rightfully receive discoverable information

from defendants that are essential to his pleading before the Court. Plaintiff has contacted both defendants relating to other discoverable acts of misconduct & violations of plaintiffs rights by defendants. Plaintiff has not been able to proceed w/ the filing of his Amended Complaint & response to the defendants "State & County" failure to comply with Discovery. (Interrogatories & Producing documents & videos)

5) Defendants mentioned in their letter applications about "patterns, customs & policies. The interrogatories & documents w/ audio & video requests served upon them by Plaintiff are just the 1st of plaintiff Discovery Demands. Defendant "State" has in their possession numerous documents germane to Plaintiffs Claims against them. Defendant "State" has in its possession documents from their former Chief Administrative Law Judge (Saunders) where he deliberately & w/out legal

Just recently in Yonkers City Court an Assistant District Attorney deliberately lied to & misled the Court (Judge Romans) who on 11/1/25, after a felony hearing ordered my release on ROR then adjourned the case until 11/12/5, only to call me back before him 10 minutes later as the assigned female assistant district attorney deliberately lied to & misled the Court claiming I was a threat & a I threatened a witness just to prevent me from being released 2 days later from my 20 day parole hold. I never threatened any witness. I was then remanded w/a $50,000 Bond/$5,000 Cash bail for a conjured up threat by the assistant district attorney. Defendant "State" had already completed a release analysis & determined I do not pose a threat to public safety. (See attached decision) Again Plaintiff should be allow this discovery from Defendants.

right to do so. Perend Plaintiff guilty of a parole violation that did not exist w/in the Conditions of release they are Contractually bound by. He deliberately made up a charge & Sentenced Plaintiff to 10 Months incarceration for a Rule 8 threat charge he dismissed only to find me guilty of making a disrespectful comment to a parole officer. Theres no such charge w/in the Conditions of release. If this were a Criminal charge a Sandoval or Ventimiglia hearing is held regards uncharged/prior bad acts. Here its patterns, Customs & policies. The Court & a jury has a right to see this.

6)    The Same goes for Defendant "County". My claim for Malicious Prosecution is Customary here in Westechester County.

Wherefore Plaintiff requests that the Court grant the instant Motion to compel.

Anton Carlisle

Sworn to Before Me
this 3rd Day of December, 2025

Notary Public

NEISHA A STEWART
Notary Public, State of New York
No. 01ST6407156
Qualified in Westchester County
My Commission Expires May 11, 2029

# AFFIDAVIT OF Service

State of New York
County of Westchester

Antwane Carlisle, being duly sworn deposes & says;

I have enclosed a true & exact copy of Notice of Motion w/ Affidavit in Support (Fed. R. Civ. Proc. 31) upon: Samuel Blaustein, Assistant NYS Attorney General, Office of NYS Attorney General, The Capital, Albany NY 12224 & Robert Taylor, Assistant County Attorney, Office of Westchester County Attorney, 148 Martine Avenue, White Plains, NY 10601, by depositing said in a locked mailbox on the 4th day of December 2025, here at the Westchester County Jail, Box 10, Valhalla, NY 10595.

Sworn to Before me
this 3rd Day of December, 2025

x _____
Notary public

NEISHA A STEWART
Notary Public, State of New York
No. 01ST6407156
Qualified in Westchester County
My Commission Expires May 11, 2029

_____
(signature)