UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ANTWANE CARLISLE,

Plaintiff,

- against -

P.O. RAMOS #0221, *et al.*,

Defendants.
-----------------------------------------------------------x

**ORDER ON MOTIONS TO DISMISS**

No. 24-CV-9790 (CS)

Seibel, J.

For the reasons set forth on the record at the September 9, 2026 conference, the DOCCS Defendants' partial motion to dismiss, (ECF No. 55), is GRANTED, and the County's MTD, (ECF No. 58), is GRANTED. The Clerk of Court is respectfully directed to terminate the pending motions, (ECF Nos. 55, 58), and terminate Westchester County as a Defendant.

**SO ORDERED.**

Dated: September 9, 2026
White Plains, New York

Cathy Seibel
CATHY SEIBEL, U.S.D.J.