UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTWANE CARLISLE,

Plaintiffs,

- against -

P.O. RAMOS #0221; P.O. J. VAZQUEZ #1848; P.O. ROCKWOOD #0926; S.P.O. CONSTANTINI #0518; CITY OF NEW ROCHELLE; COUNTY OF WESTCHESTER

Defendants.

24 Civ. 9790 (CS)

**ORDER AUTHORIZING THE DEPOSITION OF INCARCERATED INDIVIDUAL**

Pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), it is hereby ORDERED that an Assistant Attorney General may take the deposition of Plaintiff Antwane Carlise, JID #7766, either in person or by videoconference before a notary public, or some other officer authorized to administer oaths by the laws of the United States or of the State of New York, at any New York State or Federal Correctional Institution, upon notice to the Plaintiff and the Superintendent of the correctional institution where he is then located.

Plaintiff is advised that if he fails to attend and complete his own deposition, the Court may impose sanctions pursuant to Fed. R. Civ. P. 37(d), which may include an order dismissing this action.

Dated: November 13, 2026

SO ORDERED.

Cathy Seibel

Hon. Cathy Seibel
United States District Judge